SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>Hoanghai Nguyen, et al,<br><br><br>　　　Defendants | Case No.: CIV.S 09-cv-03176-WBS-EFB<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF ROBERT P. HUDSON AND** ~~Proposed~~ **ORDER**<br><br>Complaint Filed: NOVEMBER 16, 2009<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

　　**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Robert P. Hudson) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to be remained open with remaining Defendants.  Defendant (Robert P. Hudson) is dismissed because Plaintiff and this Defendant have settled their dispute.

Dated: January 19, 2010　　　　/s/Scott N. Johnson_____
　　　　　　　　　　　　　　　　　　　SCOTT N. JOHNSON
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

1

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
　　　　　　　　　　　　　　　CIV: S-09-03176-WBS-EFB

1
2  **IT IS SO ORDERED.**
3
4  Dated:      January 19, 2010
5
6
7                    WILLIAM B. SHUBB
                     UNITED STATES DISTRICT JUDGE
8