SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Scott N. Johnson<br><br>          Plaintiff,<br><br>     vs.<br><br>Nguyen, et al,<br><br>          Defendants | ) Case No.**2:09-cv-03176-WBS-EFB**<br>)<br>) STIPULATION AND PROPOSED ORDER<br>) RE: EXTENSION OF TIME UNTIL<br>) FEBRUARY 26, 2010 FOR DEFENDANT<br>) HOANGHAI NGUYEN INDIVIDUALLY<br>) AND D/B/A ELEGANT HOME<br>) FURNISHINGS TO RESPOND TO<br>) COMPLAINT<br>)<br>)<br>) |

 Pursuant to Local Rule 6-144 (a), Plaintiff Scott N.

Johnson and Defendant, Hoanghai Nguyen Individually and

d/b/a Elegant Home Furnishings, by and through their

respective attorneys of record, Scott N. Johnson; Russell

S. Humphrey, stipulate as follows:


        1. No extension of time has been previously

            obtained.

2. Defendant Hoanghai Nguyen Individually and

    d/b/a Elegant Home Furnishings is granted an

    extension until February 26, 2010 to respond or

    otherwise plead reference to Plaintiff's

    complaint.

3. Defendant Hoanghai Nguyen's response will be

    due no later than February 26, 2010.


    IT IS SO STIPULATED effective as of February 3, 2010


Dated:  February 3, 2010            /s/Russell S. Humphrey__

                                    Russell S. Humphrey,

                                    Attorney for Defendant

                                    Hoanghai Nguyen


Dated:  February 3, 2010            /s/Scott N. Johnson ____

                                    Scott N. Johnson,

                                    Attorney for Plaintiff


    **IT IS SO ORDERED:** that Defendant Hoanghai Nguyen shall

have until February 26, 2010 to respond to complaint.

Dated: February 4, 2010


WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE