1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
   5150 FAIR OAKS BLVD., SUITE 101
2  PMB #253
   CARMICHAEL, CA 95608-5758
3  TELEPHONE (916) 485-3516
   FAX (916) 481-4224
4  E-MAIL scottnjohnson@comcast.net

5  Attorney for Plaintiff Scott N. Johnson

6

7

8              UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11

12
                                    ) Case No.**2:09-cv-03176-WBS-EFB**
13 Scott N. Johnson                 )
                                    ) STIPULATION AND ~~PROPOSED~~ ORDER
14          Plaintiff,              ) RE: EXTENSION OF TIME UNTIL
                                    ) MARCH 5, 2010 FOR DEFENDANT
15     vs.                          ) HOANGHAI NGUYEN INDIVIDUALLY
                                    ) AND D/B/A ELEGANT HOME
16 Hoanghai Nguyen, et al           ) FURNISHINGS TO RESPOND TO
                                    ) COMPLAINT
17          Defendants              )
                                    )
18                                  )
                                    )
19 _____ )

20

21  Pursuant  to  Local  Rule  6-144  (a),  Plaintiff  Scott  N.

22 Johnson  and  Defendant,  Hoanghai  Nguyen  Individually  and

23 d/b/a  Elegant  Home  Furnishings,  by  and  through  their

24 respective  attorneys  of  record,  Scott  N.  Johnson;  Russell

25 S. Humphrey, stipulate as follows:

26

27

28

           STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

1. An extension of time has been previously
   obtained for Defendant Hoanghai Nguyen
   Individually and d/b/a Elegant Home Furnishings
   until February 26, 2010 to respond or otherwise
   plead reference to Plaintiff's complaint.

2. Defendant Hoanghai Nguyen Individually and
   d/b/a Elegant Home Furnishings is granted an
   extension until March 5, 2010 to respond or
   otherwise plead reference to Plaintiff's
   complaint.

3. Defendant Hoanghai Nguyen Individually and
   d/b/a Elegant Home Furnishings' response will
   be due no later than March 5, 2010.

      IT IS SO STIPULATED effective as of February 25, 2010

Dated:  February 25, 2010          /s/Russell S. Humphrey__

                                   Russell S. Humphrey,

                                   Attorney for Defendant

                                   Hoanghai Nguyen

                                   Individually and d/b/a

                                   Elegant Home Furnishings

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

Dated:   February 25, 2010                    /s/Scott N. Johnson _____

                                              Scott N. Johnson,

                                              Attorney for Plaintiff



     **IT IS SO ORDERED:** that Defendant Hoanghai Nguyen Individually and d/b/a Elegant Home Furnishings shall have until March 5, 2010  to respond to complaint.


Dated: February 26, 2010


                         WILLIAM B. SHUBB
                         UNITED STATES DISTRICT JUDGE