SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>          Plaintiff,<br><br>     vs.<br><br>Hoanghai Nguyen, et al,<br><br>          Defendants | Case No. **2:09-cv-03176-WBS-EFB**<br><br>**PLAINTIFF'S REQUEST AND ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE**<br><br>Status Conference: April 19, 2010<br>Time: 2:00 pm<br>Courtroom: 5 |

     Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the status conference from April 19, 2010 to June 14, 2010. Plaintiff filed a First Amended Complaint on March 11, 2010, which removed Defendant, Kelly Trotter, and replaced with Defendant, Christopher Trotter.  Plaintiff also added a new Defendant, Mary Ellen Roberts.  Plaintiff received the summons for these Defendants on March 29, 2010.  A

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS

CONFERENCE

CIV: S-09-cv-03176-WBS-EFB - 1

continuance to June 14, 2010 for the status conference will give the Plaintiff's process served ample time to serve the new Defendants and for these Defendants to respond to Plaintiff's First Amended Complaint.

Dated:  March 29, 2010          /s/Scott N. Johnson ____

                                Scott N. Johnson,

                                Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall have the status conference continued to June 14, 2010.

Date:  March 31, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-09-cv-03176-WBS-EFB - 2