SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>Plaintiff,<br><br>vs.<br><br>Hoanghai Nguyen, et al,<br><br>Defendants | Case No.: CIV.S 09-cv-03176-WBS-EFB<br><br>**STIPULATED DISMISSAL OF CATHY MORIN; TERI GUERRERO AND** ~~Proposed~~ **ORDER**<br><br>Complaint Filed: NOVEMBER 16, 2009<br>First Amended Filed: MARCH 11, 2010<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendants (Cathy Morin; Teri Guerrero) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to be remained open with remaining Defendants.  Defendants (Cathy Morin; Teri Guerrero) are dismissed because Plaintiff and these Defendants have settled their dispute.

1

STIPULATED DISMISSAL and Proposed ORDER                    CIV: S-09-03176-WBS-EFB

1  Dated: April 20, 2010                          /s/Scott N. Johnson_____
2                                                 SCOTT N. JOHNSON
                                                  Attorney for Plaintiff
3
4
5  Dated: April 20, 2010                          /s/Michael A. Fluetsch_____
                                                  MICHAEL A. FLUETSCH,
6                                                 Attorney for Defendants
7                                                 Cathy Morin; Teri Guerrero

8  **IT IS SO ORDERED**.
9
10 Dated:   April 22, 2010
11
12                                                WILLIAM B. SHUBB
                                                  UNITED STATES DISTRICT JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28