SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson

Plaintiff,

vs.

Hoanghai Nguyen, et al,

Defendants

Case No.: CIV.S 09-cv-03176-WBS-EFB

**STIPULATED DISMISSAL OF COLBY G. SMITH, II, Individually and as Trustee of the Colby G. Smith & Mary Smith Family Trust; MARY G. SMITH, Individually and as Trustee of the Colby G. Smith & Mary Smith Family Trust AND** *Proposed* **ORDER**

Complaint Filed: NOVEMBER 16, 2009
First Amended Filed: MARCH 11, 2010

**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS**

    **IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, and Defendants Colby G. Smith, II; Mary G. Smith, by and through their designated Counsel of Record (Scott N. Johnson; Velma K. Lim), that Defendants (Colby G. Smith, II, Individually and as Trustee of the Colby G. Smith & Mary Smith Family Trust; Mary G. Smith, Individually and as Trustee of the Colby G. Smith & Mary Smith Family Trust) be and are hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to remain open with remaining Defendants.

1  Defendants (Colby G. Smith, II; Mary G. Smith) are dismissed because Plaintiff and these
2  Defendants have settled their dispute.
3
4
5  Dated: June 16, 2010                    /s/Scott N. Johnson_____
                                           SCOTT N. JOHNSON
6                                          Attorney for Plaintiff
7
8  Dated: June 16, 2010                    KROLOFF, BELCHER, SMART, PERRY
                                           & CHRISTOPHERSON
9
10                                         /s/ Velma K. Lim_____
                                           VELMA K. LIM
11                                         Attorney for Defendants
                                           Colby G. Smith, II; Mary G. Smith
12
13 **IT IS SO ORDERED**.
14
15 Dated: June 22, 2010
16
17                         WILLIAM B. SHUBB
                           UNITED STATES DISTRICT JUDGE
18
19
20
21
22
23
24
25
26
27
28

2