SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>Plaintiff,<br><br>vs.<br><br>Hoanghai Nguyen, et al,<br><br><br>Defendants | Case No.: CIV.S 09-cv-03176-WBS-EFB<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF CHRISTOPHER TROTTER AND ORDER**<br><br>Complaint Filed: NOVEMBER 16, 2009<br>First Amended Complaint Filed:<br>MARCH 11, 2010<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Christopher Trotter) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants. Defendant (Christopher Trotter) is dismissed because Plaintiff and this Defendant have settled their dispute.

Dated: July 6, 2010                                        /s/Scott N. Johnson_____
                                                                        SCOTT N. JOHNSON
                                                                        Attorney for Plaintiff

1
2  **IT IS SO ORDERED**.
3
4
   Dated: July 8, 2010
5
6
7  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER CIV: S-09-03176-WBS-EFB