SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>            Plaintiff,<br><br>    vs.<br><br>Hoanghai Nguyen., et al,<br><br>            Defendants | Case No.: CIV.S 09-cv-03176-WBS-EFB<br><br>**STIPULATED DISMISSAL OF DEFENDANT MARY ELLEN ROBERTS AND  ORDER**<br><br>Complaint Filed:  NOVEMBER 16, 2009<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, and Defendant Mary Ellen Roberts (Pro Se) that Defendant (Mary Ellen Roberts) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to remain open with remaining Defendants.  Defendant (Mary Ellen Roberts) is dismissed because Plaintiff and this Defendant have settled their dispute.

1  Dated: August 11, 2010                    /s/Scott N. Johnson_____
2                                            SCOTT N. JOHNSON
                                             Attorney for Plaintiff
3

4  Dated: August 18, 2010                    /s/Mary Ellen Roberts_____
5                                            MARY ELLEN ROBERTS,
                                             Defendant in Pro Per
6

7

8  **IT IS SO ORDERED**.

9

10 Dated:  August 26, 2010

11
                                             WILLIAM B. SHUBB
12                                           UNITED STATES DISTRICT JUDGE