SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Johnson<br><br>        Plaintiff,<br><br>    vs.<br><br>Nguyen, et al<br><br>        Defendants | Case No. **2:09-cv-03176-WBS-EFB**<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER REQUESTING FOR CONTINUANCE OF PRETRIAL CONFERENCE**<br><br>Pretrial Conference: 6-27-11<br>Time: 2:00 p.m.<br>Courtroom: 5 |

Plaintiff, Scott N. Johnson, and Defendants, hereby stipulate to an extension of time in which to continue the pretrial conference of June 27, 2011. Plaintiff and Defendants, Hoanghai Nguyen, are in the process of settlement and hope to settle the above referenced matter prior to the pretrial conference.

///

///

STIPULATION AND PROPOSED ORDER REQUESTING FOR CONTINUANCE OF PRETRIAL

CONFERENCE

CIV: S-08-cv-03006-GEB-JFM - 1

Dated:   June 22, 2011             /s/Scott N. Johnson _____

                                   Scott N. Johnson,

                                   Attorney for Plaintiff



Dated:   June 22, 2011             __/s/ Russell S. Humphrey _

                                   Russell S. Humphrey,

                                   Attorney for Defendant,

                                   Hoanghai Nguyen




**ORDER**

   IT IS HEREBY ORDERED THAT the parties shall have the pretrial conference continued to **July 11, 2011 at 2:00 p.m.** The trial date of August 23, 2011 shall remain.

Date:   June 22, 2011


                          WILLIAM B. SHUBB
                          UNITED STATES DISTRICT JUDGE




STIPULATION AND PROPOSED ORDER REQUESTING FOR CONTINUANCE OF PRETRIAL

CONFERENCE

CIV: S-08-cv-03006-GEB-JFM - 2