1  SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
2  PMB #253
CARMICHAEL, CA 95608-5758
3  TELEPHONE (916) 485-3516
FAX (916) 481-4224
4  E-MAIL  scottnjohnson@comcast.net

5  Attorney for Plaintiff Scott N. Johnson

6

7

8              **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA**

10

11

12

13  Johnson                          ) Case No.**2:09-cv-03176-WBS-EFB**
                                     )
14          Plaintiff,               ) **STIPULATION AND** ~~PROPOSED~~ **ORDER**
                                     ) **REQUESTING FOR CONTINUANCE OF**
15      vs.                          ) **PRETRIAL CONFERENCE**
                                     )
16  Nguyen, et al                    )
                                     ) Pretrial Conference: 7-11-11
17          Defendants               ) Time: 2:00 p.m.
                                     ) Courtroom: 5
18  _____ )

19

20      Plaintiff, Scott N. Johnson, and Defendants, hereby

21  stipulate to an extension of time in which to continue the

22  pretrial conference of July 11, 2011. Defendant's counsel

23  is having a rough time communicating the settlement offer

24  with his clients due to the language barrier. Since

25  Plaintiff and Defendants, Hoanghai Nguyen are in the

26  process of settlement, the parties request a continuance so

27

28     STIPULATION AND PROPOSED ORDER REQUESTING FOR CONTINUANCE OF PRETRIAL

                                CONFERENCE

                       CIV: S-08-cv-03006-GEB-JFM - 1

that the matter may be resolved without the need for a pretrial conference.

Dated:  July 5, 2011                    /s/Scott N. Johnson ____

                                        Scott N. Johnson,

                                        Attorney for Plaintiff

Dated:  July 7, 2011                    _/s/ Russell S. Humphrey

                                        Russell S. Humphrey,

                                        Attorney for Defendant,

                                        Hoanghai Nguyen

**ORDER**

   IT IS HEREBY ORDERED THAT the pretrial conference is continued to **July 25, 2011 at 2:00 p.m.**  The trial date of August 23, 2011 shall remain.

Date:    July 7, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER REQUESTING FOR CONTINUANCE OF PRETRIAL

CONFERENCE

CIV: S-08-cv-03006-GEB-JFM - 2